## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KNITTING FEVER, INC., | : | |
| DESIGNER YARNS, LTD., | : | |
| FILATURA PETTINATA V.V.G. DI | : | |
| STEFANO VACCARI & C., SION | : | NO.  08-4221 |
| ELALOUF, DIANE ELOUF, JEFFREY J. | : | |
| DENECKE, JR., JAY OPPERMAN, and | : | |
| DEBBIE BLISS, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EISAKU NORO & CO., LTD., | : | |
| KNITTING FEVER, INC., | : | |
| SION ELALOUF, DIANE ELALOUF, | : | NO.  08-4775 |
| and JAY OPPERMAN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this  20th day of *October*, 2009, upon consideration of the Motion of

Defendants Knitting Fever, Inc., Sion Elalouf, Diane Elalouf, Jeffrey J. Denecke, Jr., and Jay

Opperman (collectively, the "KFI Defendants") for Judgment on the Pleadings (Docket No. 28),

the Response of Plaintiff The Knit With (Docket No. 29), KFI Defendants' Reply Brief (Docket

No. 30), and Plaintiff's Sur-reply Brief (Docket No. 31), and having already dismissed a portion

of the Motion without prejudice via Order dated September 3, 2009 (Docket No. 32), it is hereby

**ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.  KFI Defendants' Motion for Judgment on Plaintiff's causes of action pursuant to Racketeer Influenced and Corrupt Organization Act, 18 U.S.C. § 1962 (Counts 4 and 5 of Civil Action No. 08-4221) is **DENIED**;

2.  KFI Defendants' Motion for Judgment on Plaintiff's perfidious trade practices/deceit claim (Count 6 of Civil Action No. 08-4221 and Count 4 of Civil Action No. 08-4775) is **GRANTED**;

3.  KFI Defendants' Motion for Judgment on Plaintiff's civil conspiracy claim (Count 5 of Civil Action No. 08-4775) is **GRANTED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.