# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KNITTING FEVER, INC., | : | |
| DESIGNER YARNS, LTD., | : | |
| FILATURA PETTINATA V.V.G. DI | : | |
| STEFANO VACCARI & C., SION | : | NO. 08-4221 |
| ELALOUF, DIANE ELOUF, JEFFREY J. | : | |
| DENECKE, JR., JAY OPPERMAN, and | : | |
| DEBBIE BLISS, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EISAKU NORO & CO., LTD., | : | |
| KNITTING FEVER, INC., | : | |
| SION ELALOUF, DIANE ELALOUF, | : | NO. 08-4775 |
| and JAY OPPERMAN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this *14th* day of *December*, 2009, upon consideration of the unopposed Motion of Plaintiff The Knit With Pursuant to Rule 45(b)(2)(D) for Leave to Serve Records Subpoenas upon Witnesses More Distant than 100 Miles (Docket No. 27), it is hereby **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that Plaintiff is authorized to issue, within thirty (30) days from the date of this Order and within the constraints

of the existing Case Scheduling Order, subpoenas upon the following distant entities:

1. Cashmere and Camel Hair Manufacturer's Institute ("CCMI") to produce any and all records and reports of any fiber content analyses of handknitting yarns performed by or for CCMI between May 1, 2006 and October 30, 2006;

2. Specialized Technology Resources, Inc. ("STR") to produce any and all documents relating to any inquiry received between March 1, 2006 and June 30, 3006 from any legal or natural person including, but not limited to, Knitting Fever, Inc. ("KFI"), Sion Elalouf, Diane Elalouf, Jeffrey Denecke, or Jay Opperman with a New York address located in Amityville, Jericho, New Hyde Park, Roosevelt, Sands Point, or Seaford, NY, and any subsequent fiber content analysis of any handknitting yarn performed by or for STR.

3. K.D. Langley Fiber Services ("Langley") to produce any and all records and reports of any analysis to determine the presence of cashmere in and the actual fiber content of any handknitting yarn labeled as spun of cashmere conducted by or for Langley between May 1, 2006 and November 30, 2006;

4. Cascade Yarns, Inc. ("Cascade") to produce documents relating to any testing performed by or for Cascade, between March 1, 2006 and June 30, 2006, of any KFI handknitting yarn labeled as spun with cashmere and all correspondences sent or received by or on behalf of Cascade addressing the fiber content of any KFI handknitting yarn.

It is so **ORDERED**.

                                               BY THE COURT:

                                               *s/ Ronald L. Buckwalter*
                                               RONALD L. BUCKWALTER, S.J.