# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KNITTING FEVER, INC., | : | |
| DESIGNER YARNS, LTD., | : | |
| FILATURA PETTINATA V.V.G. DI | : | |
| STEFANO VACCARI & C., SION | : | NO. 08-4221 |
| ELALOUF, DIANE ELOUF, JEFFREY J. | : | |
| DENECKE, JR., JAY OPPERMAN, and | : | |
| DEBBIE BLISS, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EISAKU NORO & CO., LTD., | : | |
| KNITTING FEVER, INC., | : | |
| SION ELALOUF, DIANE ELALOUF, | : | NO. 08-4775 |
| and JAY OPPERMAN, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 13th day of July, 2010, upon consideration of the Motion of Defendant Filatura Pettinata V.V.G. Di Stefano Vaccari & C. ("Filatura") to Dismiss for Insufficient Service (Docket No. 113), the Response of Plaintiff The Knit With (Docket No. 138), and Defendant Filatura's Reply Brief (Docket No.142); the Motion of Defendant Designer Yarns, Ltd. ("Designer Yarns") to Dismiss for Insufficient Service (Docket No. 119), the

Response of Plaintiff The Knit With (Docket No. 134), and Defendant Designer Yarns's Reply Brief (Docket No. 141); the Motion of Defendant Debbie Bliss to Dismiss for Insufficient Service (Docket No. 121), the Response of Plaintiff The Knit With (Docket No. 136), and Defendant Debbie Bliss's Reply Brief (Docket No. 140); the Motion of Defendant Designer Yarns to Set Aside Default (Docket No. 118) and the Response of Plaintiff The Knit With (132); the Motion of Defendant Debbie Bliss to Set Aside Default (Docket No. 120) and the Response of Plaintiff The Knit With (Docket No. 133); and Plaintiff's Motion to Strike Defendants' Briefs in Reply to Plaintiff's Responses to Defendants' Motions to Dismiss and to Set Aside Entry of Defaults (Docket No. 147); the Letter from Plaintiff's counsel dated June 30, 2010; and the Letter from Defendants' counsel dated July 1, 2010, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Strike Defendants' Briefs (Docket No. 147) is **DENIED**;

2. The Motions of Defendants Designer Yarns and Debbie Bliss to Set Aside Defaults (Docket Nos. 118 and 120) are **GRANTED**, and the Defaults entered against these Defendants are **VACATED**;

3. The Motions of Defendants Filatura, Designer Yarns, and Debbie Bliss to Dismiss for Insufficient Service (Docket Nos. 113, 119, and 121) are **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Service of process on Defendants Filatura, Designer Yarns, and Debbie Bliss is **QUASHED**;

    b. Plaintiff shall have sixty (60) days from the date of this Order to effect proper service on the above Defendants. Should Plaintiff fail to do so within that time limit, Plaintiff's actions against those Defendants shall be dismissed with prejudice.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.