# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE KNIT WITH, | : |
| | :   CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| KNITTING FEVER, INC., | : |
| DESIGNER YARNS, LTD., | : |
| FILATURA PETTINATA V.V.G. DI | : |
| STEFANO VACCARI & C., SION | :   NO. 08-4221 |
| ELALOUF, DIANE ELOUF, JEFFREY J. | : |
| DENECKE, JR., JAY OPPERMAN, and | : |
| DEBBIE BLISS, | : |
| | : |
| Defendants. | : |

| | |
|---|---|
| THE KNIT WITH, | : |
| | :   CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| EISAKU NORO & CO., LTD., | : |
| KNITTING FEVER, INC., | : |
| SION ELALOUF, DIANE ELALOUF, | :   NO. 08-4775 |
| and JAY OPPERMAN, | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this *27th* day of *September*, 2010, upon consideration of Plaintiff The Knit With's Motion for Summary Judgment on Defendant Knitting Fever, Inc.'s Counterclaims (Docket No. 148), the Response of Defendant Knitting Fever, Inc. (Docket No. 168), and Plaintiff's Reply Brief (Docket No. 177), it is hereby **ORDERED** as follows:

1. With respect to Counterclaim Counts I (defamation), III (tortious interference with existing contractual relations), and Count IV (tortious interference with prospective contractual relations), the Motion is **DENIED**.

2. With respect to Counterclaim Count II (commercial disparagement), the Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor Plaintiff and against Defendant KFI on this Count.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.