## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KNITTING FEVER, INC., | : | |
| DESIGNER YARNS, LTD., | : | |
| FILATURA PETTINATA V.V.G. DI | : | |
| STEFANO VACCARI & C., SION | : | NO. 08-4221 |
| ELALOUF, DIANE ELALOUF, JEFFREY | : | |
| J. DENECKE, JR., JAY OPPERMAN, and | : | |
| DEBBIE BLISS, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EISAKU NORO & CO., LTD., | : | |
| KNITTING FEVER, INC., | : | |
| SION ELALOUF, DIANE ELALOUF, | : | NO. 08-4775 |
| and JAY OPPERMAN, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this *1ˢᵗ* day of *December*, 2010, upon consideration of the Motion by Defendant Debbie Bliss to Dismiss (Docket No. 190), the Response of Plaintiff The Knit With (Docket No. 196), and Defendant Bliss's Reply Brief (Docket No. 204), it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's Complaint against Defendant Debbie Bliss is **DISMISSED** in its entirety.

It is so **ORDERED**.

BY THE COURT**:**


 *s/ Ronald L. Buckwalter*
 RONALD L. BUCKWALTER, S.J.