IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KNITTING FEVER, INC., | : | |
| DESIGNER YARNS, LTD., | : | |
| FILATURA PETTINATA V.V.G. DI | : | |
| STEFANO VACCARI & C., SION | : | NO. 08-4221 |
| ELALOUF, DIANE ELALOUF, JEFFREY | : | |
| J. DENECKE, JR., JAY OPPERMAN, and | : | |
| DEBBIE BLISS, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EISAKU NORO & CO., LTD., | : | |
| KNITTING FEVER, INC., | : | |
| SION ELALOUF, DIANE ELALOUF, | : | NO. 08-4775 |
| and JAY OPPERMAN, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this *7th* day of *December*, 2010, upon consideration of Plaintiff The Knit With's Petition for Special Order of Service of Process (Docket Nos. 193-195), the Response of Defendants Designer Yarns, Ltd. and Filatura Pettinata V.V.G. Di Stefano Vaccari & C. (Docket No. 193), and Plaintiff's Reply Brief (Docket No. 207), as well as the Motion by Defendants Designer Yarns, Ltd. and Filatura Pettinata V.V.G. Di Stefano Vaccari & C. to Dismiss (Docket No. 206) and Plaintiff's Response (Docket No. 208), it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 206) is **DENIED**;

2. Plaintiff's Petition for Special Order of Service of Process (Docket No. 193) is **GRANTED** and, within ten (10) days of the entry of this Order, Plaintiff shall personally serve the summons and Complaint upon Joshua R. Slavitt and/or the law firm of Pepper Hamilton LLP. Mr. Slavitt shall then promptly forward a copy of summons and Complaint to Defendants Designer Yarns, Ltd. and Filatura Pettinata V.V.G. Di Stefano Vaccari & C. by any form of communication. Completion of these steps shall properly effectuate service of process upon these Defendants.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.