# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KNITTING FEVER, INC., | : | |
| DESIGNER YARNS, LTD., | : | |
| FILATURA PETTINATA V.V.G. DI | : | |
| STEFANO VACCARI & C., SION | : | NO. 08-4221 |
| ELALOUF, DIANE ELALOUF, JEFFREY | : | |
| J. DENECKE, JR., JAY OPPERMAN, and | : | |
| DEBBIE BLISS, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EISAKU NORO & CO., LTD., | : | |
| KNITTING FEVER, INC., | : | |
| SION ELALOUF, DIANE ELALOUF, | : | NO. 08-4775 |
| and JAY OPPERMAN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *29th* day of *March*, 2011, upon consideration of (1) Defendant Diane Elalouf's Motion for Judgment on Pleadings (Docket No. 229) and Plaintiff The Knit With's Response (Docket No. 238); (2) Defendant Jeffrey J. Denecke, Jr.'s Motion for Judgment on the Pleadings (Docket No. 230) and Plaintiff's Response (Docket No. 239); and (3) Defendant Jay Opperman's Motion for Judgment on the Pleadings (Docket No. 231) and Plaintiff's Response

(Docket No. 240), it is hereby **ORDERED** as follows:

1. Defendant Diane Elalouf's Motion is **GRANTED** and the claim against her for conspiracy pursuant to the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(d), is **DISMISSED**;

2. Defendant Jeffrey J. Denecke's Motion is **GRANTED** and the claim against him for conspiracy pursuant to the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(d), is **DISMISSED**;

3. Defendant Jay Opperman's Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.