**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KNITTING FEVER, INC., | : | |
| DESIGNER YARNS, LTD., | : | |
| FILATURA PETTINATA V.V.G. DI | : | |
| STEFANO VACCARI & C., SION | : | NO.  08-4221 |
| ELALOUF, DIANE ELALOUF, JEFFREY | : | |
| J. DENECKE, JR., JAY OPPERMAN, and | : | |
| DEBBIE BLISS, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| THE KNIT WITH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EISAKU NORO & CO., LTD., | : | |
| KNITTING FEVER, INC., | : | |
| SION ELALOUF, DIANE ELALOUF, | : | NO.  08-4775 |
| and JAY OPPERMAN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *25ᵗʰ* day of *May*, 2011, upon consideration of the Motion of Defendant

Filatura Pettinata V.V.G. Di Stefano Vaccari & C. ("Filatura") to Set Aside Default Judgment

(Docket No. 256), Plaintiff The Knit With's Opposition (Docket No. 261), Plaintiff's Motion to

Strike Answer to Complaint (Docket No. 258), and Defendant Filatura's Response (Docket No.

262), it is hereby **ORDERED** as follows:

1.     Plaintiff's Motion to Strike is **DENIED**;

2.     Defendant Filatura's Motion to Set Aside Default is **GRANTED** and the Default entered against this Defendant is **VACATED**; and

3.     Defendant Filatura's Answer, listed as Docket No. 257, shall be deemed filed as of the date of this Order.

It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.