IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE KNIT WITH, | : |
| | :    CIVIL ACTION |
|     Plaintiff, | : |
| | : |
|   v. | : |
| | : |
| KNITTING FEVER, INC., | : |
| DESIGNER YARNS, LTD., | : |
| FILATURA PETTINATA V.V.G. DI | : |
| STEFANO VACCARI & C., SION | :    NO. 08-4221 |
| ELALOUF, DIANE ELOUF, JEFFREY J. | : |
| DENECKE, JR., JAY OPPERMAN, and | : |
| DEBBIE BLISS, | : |
| | : |
|     Defendants. | : |

| | |
|---|---|
| THE KNIT WITH, | : |
| | :    CIVIL ACTION |
|     Plaintiff, | : |
| | : |
|   v. | : |
| | : |
| EISAKU NORO & CO., LTD., | : |
| KNITTING FEVER, INC., | : |
| SION ELALOUF, DIANE ELALOUF, | :    NO. 08-4775 |
| and JAY OPPERMAN, | : |
| | : |
|     Defendants. | : |

## **ORDER**

**AND NOW**, this *8th* day of *August*, 2012, upon consideration of **(1)** Plaintiff The Knit With's Motion for Summary Judgment on the Counterclaims of Knitting Fever, Inc. (Docket No. 349), Defendant Knitting Fever, Inc.'s Response (Docket No. 359), Plaintiff's Reply Brief (Docket No. 383), and Defendant's Sur-reply Brief (Docket No. 396); and **(2)** Defendant's Motion for Summary Judgment on Counterclaim for Defamation (Docket No. 343); Plaintiff's

Response (Docket No. 360); Defendant's Reply Brief (Docket No. 381), and Defendant's Sur-reply Brief (Docket No. 394), it is hereby **ORDERED** that both Motions are **DENIED**.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.