THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
File No.: 08-CV-04221

| | |
|---|---|
| **The Knit With**, *a Pennsylvania Partnership*, <br>                                    *Appellant*, <br> vs. <br> **Knitting Fever, Inc.**, *a New York corporation*, <br> **Designer Yarns, Ltd.**, *a corporation of England*, <br> **Filatura Pettinata V.V.G. Di Stefano Vaccari & C.** <br>         (S.A.S. ), *a company of Italy*, <br> **Sion Elalouf** and **Diane Elalouf**, *of New York*, <br> **Jeffrey J. Denecke, Jr.**, *of New York*, <br> **Jay Opperman**, *of New Jersey*, <br> **Debbie Bliss**, *of England*, <br>                   *Appellees and Defendants*. | FILED <br> AUG - 9 2012 <br> MICHAEL E. KUNZ, Clerk <br> By_____Dep. Clerk |

## **NOTICE OF APPEAL**

Plaintiff, The Knit With, hereby appeals to the United States Circuit Court of Appeals for the Third Circuit from the 19 July, 2012 Judgment entered in favor of Defendants on all remaining causes and, in conformity with RULE 3(c) of the FEDERAL RULES OF APPELLATE PROCEDURE, the following Orders and Memoranda entered prior to that Judgment:

Order dated 18 December, 2008 ( Docs. 013, 013-3 ) dismissing action for false advertising;
Order dated 20 October, 2009 ( Docs. 033, 034 ) dismissing common law action for perfidious dealing ( commercial deceit );
Order dated 21 January, 2010 ( Doc. 047 ) respecting scope of and conditions of discovery;
Order dated 29 March, 2010 ( Doc. 087 ) requiring a confidentiality agreement;
Order dated 27 April, 2010 ( Doc. 102 ) respecting discovery;
Order dated 1 December, 2010 ( Docs. 215, 216 ) dismissing Debbie Bliss as a defendant to the racketeering conspiracy action;
Order dated 10 March, 2011 ( Docs. 247, 248 ) dismissing Designer Yarns. Ltd and Filatura Pettinata V.V.G. Di Stefano Vaccari & C. (S.A.S.) as racketeering conspiracy defendants;
Order dated 29 March, 2011 ( Docs. 250, 251 ) dismissing Diane Elalouf and Jeffrey Denecke as racketeering conspiracy defendants;
Order dated 10 August, 2011 ( Doc. 287 ) appointing a discovery Special Master;
Order dated 3 May, 2012 ( Doc. 378 ) respecting discovery and disqualification of defense counsel;
Order dated 27 June, 2012 ( Docs. 400, 401 ) entering summary judgment on Plaintiff's warranty actions;
Order dated 19 July, 2012 ( Docs. 402, 403 ) entering summary judgment on the racketeering actions.

Pursuant to FRAP RULE 3(d), Parties to the appealed orders and their attorneys are:

| PARTY | COUNSEL |
|---|---|
| **Appellant** : The Knit With | James F. Casale, Lead Counsel<br>LAW OFFICE OF JAMES F. CASALE<br>8226 Germantown Avenue<br>CHESTNUT HILL, PA 19118- 3402<br>215 - 247- 4726 |
| **Appellees** : Knitting Fever, Inc.<br>Designer Yarns, Ltd.<br>Filatura Pettinata V.V.G.<br>Sion Elalouf<br>Diane Elalouf<br>Jeffrey Denecke<br>Jay Opperman<br>Debbie Bliss | Joshua R. Slavitt, Lead Counsel<br>Joanna J. Cline<br>Noah S. Robbins<br>PEPPER HAMILTON, LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>PHILADELPHIA, PA 19103-2799<br>215 - 981 - 4680 |

Pursuant to 3D CIR. L. A. R. 3.1 (2011), a copy of this notice is provided for delivery to the trial judge, the Honorable Ronald L. Buckwalter.

LAW OFFICE OF JAMES F. CASALE

BY:  / s / *James F. Casale*
James F. Casale, Esquire
PA Attorney ID: 83373
8226 Germantown Avenue
CHESTNUT HILL, PA 19118-3402
215 - 247 - 4726
JFCasaleEsq@msn.com

**DATED:** 09 August, 2012        Counsel for Appellant, The Knit With

002 .108-01 ( Notice of Appeal )