UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **12-3219**

The Knit With v. Knitting Fever, Inc., et al.
(E.D. Pa. Nos. 2-08-cv-04221 & 2-08-cv-04775)

**ORDER**

Appellant seeks review of the District Court's orders dated December 18, 2008, October 20, 2009, January 21, 2010, March 29, 2010, April 27, 2010, December 1, 2010, March 10, 2011, March 29, 2011, August 10, 2011, May 3, 2012, June 27, 2012, and July 19, 2012. The orders appealed from do not dismiss all claims as to all parties and have not been certified under Fed. R. Civ. P. 54(b). All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: September 10, 2012
CLW/cc: James F. Casale, Esq.
   Joanna J. Cline, Esq.
   Noah S. Robbins, Esq.
   Joshua R. Slavitt, Esq.