

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
Fax 215.981.4750

Joanna J. Cline
direct dial:  (215) 981-4520
clinej@pepperlaw.com

October 2, 2012

**Sent Electronically to: sharon_lippi@paed.uscourts.gov**

Honorable Ronald L. Buckwalter
United States District Court for the Eastern
District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1755

> Re:   The Knit With v. Knitting Fever, Inc. et al. and
>        The Knit With v. Eisaku Noro & Co., Ltd., et al.
>        Civil Action Nos. 08-cv-4221 and 08-cv-4775 (consolidated)

Dear Judge Buckwalter:

Yesterday, Defendant Knitting Fever, Inc. filed its response to Plaintiff's "Rule 12(h) Suggestion." As we explain in that submission, we believe the Court continues to have jurisdiction over KFI's counterclaims.

We are in the process of researching and consulting with our clients regarding the issues the parties discussed with the Court at the September 24 conference. We respectfully request until October 19 to report back to the Court with a status update. (One factor that may impact the logistics of proceeding with a trial of the counterclaims is that KFI is scheduled to begin its trial with Cascade Yarns, Inc. in the Western District of Washington on November 5. The court in that action suggested that it will issue its rulings on pending summary judgment motions by October 12).

Respectfully,

Joanna J. Cline

JJC/ct

Philadelphia    Boston    Washington, D.C.    Los Angeles    New York    Pittsburgh
Detroit    Berwyn    Harrisburg    Orange County    Princeton    Wilmington

www.pepperlaw.com



Hon. Ronald L. Buckwalter
Page 2
October 2, 2012


cc:     James F. Casale, Esquire (via email JFCasaleEsq@msn.com)