# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAMBERS OF<br>**RONALD L. BUCKWALTER**<br>JUDGE | 14614 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA  19106<br>(215) 597-3084 |

October 3, 2012

**VIA EMAIL**

Joanna J. Cline, Esquire
clinej@pepperlaw.com

      Re:    The Knit With v. Knitting Fever, et al
                Civil Action No. 08-4221

Dear Ms. Cline:

      In accordance with your letter of Octber 2, 2012, I will expect a status update on October 19, 2012.

                        Very truly yours,

                        ***s/ Ronald L. Buckwalter***

                        Ronald L. Buckwalter

RLB/sl

cc:    James F. Casale, Esquire
       JFCasaleEsq@msn.com