# JAMES FRANCIS CASALE, ESQUIRE

Counselor at Law

04 October, 2012

The Honorable Ronald L. Buckwalter, Senior Judge
**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
14614 United States Courthouse
601 Market Street
PHILADELPHIA, PA   19106

**Re:**   *The Knit With v. Knitting Fever, Inc., et al.*  – Civil Action No. 02: 2008-cv-04221
         <u>Request to Timely Schedule Trial – KFI Counterclaims</u>

Dear Judge Buckwalter,

In line with the Order entered today ( Doc. 415 at n.1 [The case is ripe for an immediate trial without any further delay.]),  The Knit With respectfully requests entry of what may be the sixth Case Scheduling Order and setting timely trial in this matter initiated more than 4 years ago.

Today's Order ( Doc. 415 ) follows the informal decision rendered late yesterday ( entered of record as Doc. 414 ).  There, at the request of counterclaimant Knitting Fever, Inc., the Court defers determination of its jurisdiction over the KFI counterclaims  for another 17 days  –  almost three weeks. The KFI counterclaims arising from events in 2008 are unrelated to TKW's dismissed claims arising from events occurring prior to the close of 2006. Counsel for KFI suggests this Court's jurisdiction somehow depends upon developments in proceedings before the District Court for the Western District of Washington or upon consultations between KFI and its counsel. The informal decision entered yesterday grants the KFI suggestion without providing The Knit With an opportunity to be heard.

Thank you  for your attention.

Very truly yours,

JAMES F. CASALE, Esquire

JFC/

**COPIES TO :**        Dean Browning Webb, Esquire  **VIA E-MAIL**
                 Joshua R. Slavitt   **VIA E-MAIL**
                 Joanna J. Cline   **VIA E-MAIL**
                 Noah Robbins   **VIA E-MAIL**