THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **The Knit With**, *a Pennsylvania Partnership*,<br>*Plaintiff*,<br>vs.<br>**Knitting Fever, Inc.**, *a New York corporation*,<br>**Designer Yarns, Ltd.**, *a corporation of England*,<br>**Filatura Pettinata V.V.G. Di Stefano Vaccari & C.**<br>**(S.A.S. )**, *a company of Italy*,<br>**Sion Elalouf** and **Diane Elalouf**, *of New York*,<br>**Jeffrey J. Denecke, Jr.**, *of New York*,<br>**Jay Opperman**, *of New Jersey*,<br>**Debbie Bliss**, *of England*,<br>*Defendants*. | Civil Action<br><br>No. 02: 08 - CV - 04221<br><br>Consolidated Case |

## STATEMENT OF COUNSEL

**PLEASE TAKE NOTICE** : Attached hereto for the record is a true and correct copy of correspondence to the Court dated 19 October, 2012 from counsel for Counterclaimant Plaintiff Knitting Fever, Inc. concerning dismissal without prejudice of the Knitting Fever, Inc. Counterclaim ttogether with a true and correct copy of counsel's transmittal to the Court of said correspondence.

Respectfully Submitted,

LAW OFFICE OF JAMES F. CASALE

BY: *(signature)*
James F. Casale, Esquire
PA Attorney ID: 83373
8226 Germantown Avenue
CHESTNUT HILL, PA 19118-3402
215 - 247 - 4726
JFCasaleEsq@msn.com

**DATED** : 22 October, 2012        Counsel for Counterclaim Defendant, The Knit With



3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
Fax 215.981.4750

Joshua R. Slavitt
direct dial:  (215) 981-4680
slavittj@pepperlaw.com

October 19, 2012

<u>Via Email</u>

Honorable Ronald L. Buckwalter
United States District Court for the Eastern
District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1755

    Re: The Knit With v. Knitting Fever, Inc. et al., and
       The Knit With v. Eisaku Noro & Co., Ltd., et al.
       <u>Civil Action Nos. 08-cv-4221 and 08-cv-4775 (consolidated)</u>

Dear Judge Buckwalter:

  We write with a status update regarding the above-referenced cases.[1]

  As we discussed at the September 24 conference, an order dismissing claims without prejudice generally is not a final and appealable order.  In *Brennan v. Kulick*, 407 F.3d 603 (3d Cir. 2005), however, the Third Circuit explained that an exception to this principle exists when the applicable statute of limitations has run by the time the court orders dismissal without prejudice.  In such circumstances, the order dismissing the claims without prejudice is considered a final and appealable order.  *Id.* (citing *Ahmed v. Dragovich*, 297 F.3d 201 (3d Cir. 2002)).

---

[1] The Western District of Washington has yet to issue its rulings on summary judgment motions pending in *Cascade Yarns, Inc.  v. Knitting Fever, Inc., et al.*,  although it did today grant Defendants' motion to exclude Cascade's fiber expert, Mr. Kenneth Langley.   KFI remains uncertain as to whether a trial will proceed as scheduled on November 5.  We nevertheless provide this status report consistent with our letter of October 2, 2012, and the Court's direction of October 3, 2012.



Hon. Ronald Buckwalter
Page 2
October 19, 2012

      Consistent with this holding, KFI proposes that the Court dismiss KFI's counterclaims without prejudice, provided that Mr. Casale would agree to a tolling agreement preserving KFI's right to bring its claims against The Knit With in state court in the event that The Knit With's claims against KFI are resuscitated on appeal. Our thinking is that this proposal would render the Court's orders dismissing The Knit With's claims final and appealable (because the statutes of limitation applicable to KFI's counterclaims have run), while preserving KFI's ability to assert its defamation and tortious interference claims against The Knit With (albeit in state court) in the event that The Knit With's appeal to the Third Circuit is successful.

      Mindful of the Court's admonition that any issues regarding this case be presented to the Third Circuit at one time, we note Defendants' intent to seek an award of their excess costs, expenses, and attorney's fees against counsel for The Knit With under 28 U.S.C. § 1927. With the Court's permission,[2] Defendants could be prepared to present such a motion in accordance with a deadline set by the Court.

      To the extent counsel for Defendants are not required to be in Seattle for the *Cascade v. Knitting Fever* case (our pre-trial conference is October 24, and trial is scheduled to start on November 5), we can make ourselves available at the Court's convenience if the Court desires a conference to address these issues.

      Respectfully,

      Joshua R. Slavitt

cc: James F. Casale

JRS/sh

---

[2] The Court previously instructed the parties not to file any additional motions without leave of Court. *See* Dkt. No. 378 at 3.

## James F. Casale, Esq.

**From:** Harvell, Sara <harvells@pepperlaw.com>
**Date:** Friday, October 19, 2012 4:56 PM
**To:** sharon_lippi@paed.uscourts.gov <sharon_lippi@paed.uscourts.gov>
**Cc:** jfcasaleesq@msn.com <jfcasaleesq@msn.com>; Slavitt, Joshua R. <slavittj@pepperlaw.com>
**Subject:** The Knit With v. Knitting Fever, Inc. et al. - Civil Action Nos. 08-cv-4221 & 08-cv-4775
**Attachments:** 16984358_1.pdf (169 KB)

Ms. Lippi,

Please see the attached letter sent on behalf of Josh Slavitt.

Best regards,

Sara Harvell

Assistant to Joshua R. Slavitt

and Michael A. Patané

Pepper Hamilton LLP

3000 Two Logan Square

Eighteenth and Arch Streets

Philadelphia, PA 19103-2799

215.981.4505 - Direct

215.981.4750 - Fax

harvells@pepperlaw.com

www.pepperlaw.com

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **The Knit With**, *a Pennsylvania Partnership*,<br>Plaintiff,<br>vs.<br>**Knitting Fever, Inc.**, *a New York corporation*,<br>**Designer Yarns, Ltd.**, *a corporation of England*,<br>**Filatura Pettinata V.V.G. Di Stefano Vaccari & C. (S.A.S. )**, *a company of Italy*,<br>**Sion Elalouf** and **Diane Elalouf**, *of New York*,<br>**Jeffrey J. Denecke, Jr.**, *of New York*,<br>**Jay Opperman**, *of New Jersey*,<br>**Debbie Bliss**, *of England*,<br>Defendants. | **Civil Action**<br><br>No. 02: 08 - CV - 04221<br><br>**Consolidated Case** |

## CERTIFICATE OF SERVICE

I, James F. Casale, Esquire, attorney for Counterclaim Defendant, The Knit With, hereby certify that, on the date set forth below, I caused to be filed of record with the U.S. District Court for the Eastern District of Pennsylvania, Counterclaimant's correspondence to the Court dated 19 October, 2012 concerning dismissal without prejudice of the Counterclaim of Defendant Knitting Fever, Inc. to counsel for the Counterclaim Plaintiff Knitting Fever, Inc., jointly representing Filatura Pettinata V.V.G. di Stefano Vaccari & C. (S.A.S.), Eisaku Noro & Co., Ltd., Sion Elalouf and Jay Opperman.

Respectfully Submitted,

**LAW OFFICE OF JAMES F. CASALE**

BY: _____
James F. Casale, Esquire
PA Attorney ID: 83373
8226 Germantown Avenue
CHESTNUT HILL, PA 19118-3402
215 - 247 - 4726
JFCasaleEsq@msn.com

**DATED :** 22 October, 2012        Counsel for Counterclaim Defendant, The Knit With

002.108-01: 04 P&O – 36 Lack of Jurisdiction