IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE KNIT WITH, <br> Plaintiff, <br> v. <br> KNITTING FEVER, INC., et al., <br> Defendants. | Civil Action No. 08-cv-04221 <br><br> FILED <br> NOV 29 2012 <br> MICHAEL E. KUNZ, Clerk <br> Dep. Clerk |
| THE KNIT WITH, <br> Plaintiff, <br> v. <br> EISAKU NORO & CO., LTD., et al., <br> Defendants. | Civil Action No. 08-cv-04775 |

## STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared hereby stipulate to the dismissal, with prejudice, of all Counterclaims asserted by Knitting Fever, Inc. against The Knit With. Each party retains the right to seek fees and costs in connection with this Action.

Respectfully submitted,

Joshua R. Slavitt, Esq.
Joanna J. Cline, Esq.
Noah S. Robbins, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215.981.4000 / Fax: 215.981.4750
slavittj@pepperlaw.com
clinej@pepperlaw.com

Respectfully submitted,

James F. Casale, Esq.
Law Office of James F. Casale
8226 Germantown Avenue
Philadelphia, PA 19118

Attorney for Plaintiff and Counter-defendant The Knit With

robbinsn@pepperlaw.com

Attorneys for Defendant and Counter-plaintiff
Knitting Fever, Inc. and Defendants Designer
Yarns, Ltd., Filatura Pettinata V.V.G. Di
Stefano Vaccari & C. (S.A.S.), Sion Elalouf,
Diane Elalouf, Jeffrey Denecke, Jay
Opperman, and Debbie Bliss

**SO ORDERED:**

_____
The Hon. Ronald L. Buckwalter, S.J.