# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **The Knit With**, *a Pennsylvania Partnership*, <br>  Plaintiff, <br> vs. <br> **Knitting Fever, Inc.**, *a New York corporation*, <br> **Designer Yarns, Ltd.**, *a corporation of England*, <br> **Filatura Pettinata V.V.G. Di Stefano Vaccari & C. (S.A.S.)**, *a company of Italy*, <br> **Sion Elalouf** and **Diane Elalouf**, *of New York*, <br> **Jeffrey J. Denecke, Jr.**, *of New York*, <br> **Jay Opperman**, *of New Jersey*, <br> **Debbie Bliss**, *of England*, <br> Defendants. | Civil Action <br><br> No. 02: 08 - CV - 04221 <br><br> Consolidated Case |

## STATEMENT OF COUNSEL

**PLEASE TAKE NOTICE**: Attached hereto, for filing of record, is a true and correct copy of correspondence from the Court dated 16 January, 2013 granting Plaintiff, The Knit With, leave to file a brief in Sur Reply to the Petitions of Defendants Knitting Fever, Inc., Filatura Pettinata V.V.G. di Stefano Vaccari & C. (S.A.S.), Eisaku Noro & Co., Ltd., Sion and Diane Elalouf, Jeffrey Denecke, Debbie Bliss and Jay Opperman to motion for fees and costs pursuant to 28 U.S.C. §1927.

Respectfully Submitted,

**LAW OFFICE OF JAMES F. CASALE**

BY: _____
James F. Casale, Esquire
PA Attorney ID: 83373
8226 Germantown Avenue
CHESTNUT HILL, PA 19118-3402
215 - 247 - 4726
JFCasaleEsq@msn.com
Counsel for Plaintiff, The Knit With

**DATED**: 17 January, 2013

002.108-01: 04 P&O - 38. Statement: Leave to Sur Reply Granted

# James F. Casale, Esq.

**From:** Sharon_Lippi@paed.uscourts.gov <Sharon_Lippi@paed.uscourts.gov>
**Date:** Wednesday, January 16, 2013 11:03 AM
**To:** James Casale <JFCasaleEsq@msn.com>
**Cc:** Clinej <Clinej@pepperlaw.com>; Webb, Dean <DBWebbEsq@gmail.com>; Robbins, Noah S. <robbinsn@pepperlaw.com>; sharon_lippi <sharon_lippi@paed.uscourts.gov>; Slavitt, Joshua R. <slavittj@pepperlaw.com>
**Subject:** Re: The Knit With v. Knitting Fever, Inc. et al USDC ED PA 08-04221 ( Request for Sur Reply . 1927 Sanctions )
**Attachments:**

Dear Mr. Casale,

The surreply may be filed by January 22, 2013.

Thank you,

Sharon Lippi
Judicial Assistant to the
Honorable Ronald L. Buckwalter
United States District Court for the
Eastern District of Pennsylvania
(215) 597-3084 (Phone)
(215) 580-2153 (Fax)
sharon_lippi@paed.uscourts.gov


From: "James Casale" <JFCasaleEsq@msn.com>
To: "sharon_lippi" <sharon_lippi@paed.uscourts.gov>
Cc: "Webb, Dean" <DBWebbEsq@gmail.com>, "Clinej" <Clinej@pepperlaw.com>, "Slavitt, Joshua R." <slavittj@pepperlaw.com>, "Robbins, Noah S." <robbinsn@pepperlaw.com>
Date: 01/15/2013 04:03 PM
Subject: The Knit With v. Knitting Fever, Inc. et al USDC ED PA 08-04221 ( Request for Sur Reply . 1927 Sanctions )

Dear Ms. Lippi,

Please see the attached correspondence addressed to Judge Buckwalter.

<< 13.01-15 . Request to Sur Reply . 1927 Sanctions.pdf (476 KB) >>

Thank you for your good offices in bringing this matter to the attention of His Honor. The same has been filed this date as of record.

J.F. Casale, Esquire
8226 Germantown Avenue
CHESTNUT HILL, PA 19118-3402
215-247-4726

ATTENTION: This message, and any attachments, contains confidential and/or legally privileged information intended for the exclusive use of the individual or entity identified as the addressee. If you are not the intended recipient, please immediately so notify the sender by e-mail and immediately delete this message ( and any attachments ) from all records. Any erroneous transmission is unintentional and does not effect waiver of any privilege. The disclosure, copying, re-transmission or other distribution of this message ( and any attachments ) is prohibited. THANK YOU.[attachment "13.01-15 . Request to Sur Reply . 1927 Sanctions.pdf" deleted by Chambers of Judge Ronald L Buckwalter/PAED/03/USCOURTS]

# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **The Knit With**, *a Pennsylvania Partnership*, <br>  Plaintiff, <br> vs. <br> **Knitting Fever, Inc.**, *a New York corporation*, <br> **Designer Yarns, Ltd.**, *a corporation of England*, <br> **Filatura Pettinata V.V.G. Di Stefano Vaccari & C. (S.A.S.)**, *a company of Italy*, <br> **Sion Elalouf** and **Diane Elalouf**, *of New York*, <br> **Jeffrey J. Denecke, Jr.**, *of New York*, <br> **Jay Opperman**, *of New Jersey*, <br> **Debbie Bliss**, *of England*, <br>  Defendants. | Civil Action <br><br> No. 02: 08 - CV - 04221 <br><br> Consolidated Case |

## **CERTIFICATE OF SERVICE**

I, James F. Casale, Esquire, attorney for Plaintiff and Counterclaim Defendant The Knit With, hereby certify that, on the date set forth below, I caused to be filed of record with the U.S. District Court for the Eastern District of Pennsylvania, correspondence of the Court dated 16 January, 2013 granting permission to file a brief in sur reply to the Petition of Defendants Knitting Fever, Inc., Filatura Pettinata V.V.G. di Stefano Vaccari & C. (S.A.S.), Eisaku Noro & Co., Ltd., Sion and Diane Elalouf, Jeffrey Denecke, Debbie Bliss and Jay Opperman to motion for fees and costs pursuant to 28 U.S.C. § 1927 and served the same to Defendants' counsel by electronic filing with the Court.

Respectfully Submitted,

**LAW OFFICE OF JAMES F. CASALE**

BY: _____
James F. Casale, Esquire
PA Attorney ID: 83373
8226 Germantown Avenue
CHESTNUT HILL, PA 19118-3402
215 - 247 - 4726
JFCasaleEsq@msn.com

**DATED :** 17 January, 2013        Counsel for The Knit With

002.108-01: 04 P&O - 38 . Statement: Leave to Sur Reply Granted