**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE KNIT WITH** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KNITTING FEVER, INC.,** | : | |
| **DESIGNER YARNS, LTD.,** | : | |
| **FILATURA PETTINATA V.V.G. DI** | : | |
| **STEFANO VACCARI & C., SION** | : | |
| **ELALOUF, DIANE ELALOUF, JEFFREY J.** | : | |
| **DENECKE, JR., JAY OPPERMAN,** | : | |
| **and DEBBIE BLISS** | : | **NO. 08-4221** |

_____

| | | |
|---|---|---|
| **THE KNIT WITH** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **EISAKU NORO & CO., LTD.,** | : | |
| **KNITTING FEVER, INC.,** | : | |
| **SION ELALOUF, DIANE ELALOUF,** | : | |
| **and JAY OPPERMAN** | : | **NO. 08-4775** |

## ORDER

**NOW**, this 21st day of December, 2016, upon consideration of the Plaintiff's

Motion for Review of the Clerk's Taxation of Costs and the Defendant's Opposition to

Motion for Review of Clerk's Taxation of Costs, it is **ORDERED** that the motion is

**GRANTED**.

**IT IS FURTHER ORDERED** that the judgment entered in favor of Knitting Fever,

Inc., Sion Elalouf, Jay Opperman, Debbie Bliss, Jeffrey J. Denecke, Jr., Designer Yarns,

Ltd., Diane Elalouf, Filatura Pettinata V.V.G. DiStefano Vaccari & C. (S.A.S.), and

against The Knit With, in the amount of $25,667.01, dated August 17, 2016, is
**VACATED**.


/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.